

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-8-2013

# In Re: SemCrude LP

Precedential or Non-Precedential: Precedential

Docket No. 12-2736

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: SemCrude LP " (2013). *2013 Decisions.* Paper 1471.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1471

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-2736

_____

In re:  SEMCRUDE, L.P., et al.,

Reorganized Debtors

SAMSON ENERGY RESOURCES COMPANY, et al.

v.

SEMCRUDE, L.P., et al.

Luke Oil Company, C & S Oil/Cross Properties, Inc.,
Wayne Thomas Oil and Gas and William R. Earnhardt, Co.,

Appellants

_____

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 1-09-cv-00994)
District Judge: Honorable Leonard P. Stark

_____

Argued February 19, 2013

Before:  AMBRO, FISHER, and JORDAN, <u>Circuit Judges</u>

(Opinion filed August 27, 2013)

## <u>ORDER  AMENDING  PRECEDENTIAL  OPINION</u>

AMBRO, <u>Circuit Judge</u>

        IT IS NOW ORDERED that the published Opinion in the above case filed August 27, 2013, be amended as follows:

        On page 6, in the first full paragraph of Section **I.  Background**, line 9, replace "entitling them" with "seeking"

On page 8, footnote 5, line 3, replace "trustee" with "Trustee"

On page 20, second paragraph, line 1, delete the words "We begin with" and ", who".  Also capitalize the word "the" so that it reads:  "The lenders provided exit . . ."

On page 20, the penultimate line, replace "Debtors' Br." with "*Id.*"

On page 22, third line from the top of the page, replace "Appellants' App." with "*Id.*"

By the Court,


/s/ Thomas L. Ambro
Circuit Judge

Dated: November 8, 2013
CJG/cc:    Yolanda C. Garcia, Esq.
           L. Katherine Good, Esq.
           John H. Knight, Esq.
           Martin A. Sosland, Esq.
           Hartley B. Martyn, Esq.
           Dwayne D. Werb, Esq.

2